

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00117-CV

THE GARDENS OF GRAPEVINE                                     APPELLANT
DEVELOPMENT, L.P.

V.

NG20, LP                                                     APPELLEE

------------

### FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 236-288471-16

------------

### **MEMORANDUM OPINION[1] AND JUDGMENT**

------------

We have considered appellant's "Unopposed Motion for Voluntary Dismissal of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: PITTMAN, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: April 27, 2017

---

[1]*See* Tex. R. App. P. 47.4.